**Order filed, September 02, 2016.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-16-00378-CV

———————

**W & T OFFSHORE INC., Appellant**

**V.**

**LUKE MEYERS, Appellee**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-74366**

## ORDER

The reporter's record in this case was due **June 14, 2016**. *See* Tex. R. App. P. 35.1. On July 26, 2016, this court ordered the court reporter to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Montalvo**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be

entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Cynthia Montalvo** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM